

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 1 OF KAUFMAN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 31st day of December, 2014, the cause on appeal to revise or reverse the judgment between

RUSSELL R. WHITEHEAD, Appellant

No. 05-14-00230-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court At Law No. 1, Kaufman County, Texas
Trial Court Cause No. 31618CC.
Opinion delivered by Justice O'Neill,
Justice Fillmore and Chief Justice Thomas, Retired, participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to delete the order of restitution.

As **REFORMED**, the judgment is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 1st day of June, 2015.

LISA MATZ, Clerk